Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Michael J. Ellis
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 21 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>LANCE SCOTT MICHEL,<br><br>              Defendant. | Case No.:  2:24-CR-28-MKD<br><br>INDICTMENT<br><br>Vios: 18 U.S.C. §§ 2243(a), 1153<br>Sexual Abuse of a Minor in Indian Country<br>(Count 1)<br><br>18 U.S.C. §§ 1591(a)(1), (b)(2), 1153<br>Child Sex Trafficking in Indian Country<br>(Counts 2, 4)<br><br>18 U.S.C. §§ 2241(a)(1), (c), 1153<br>Aggravated Sexual Abuse of a Minor in Indian Country<br>(Count 3)<br><br>18 U.S.C. §§ 2253, 1594<br>Forfeiture Allegation |

The Grand Jury charges:

INDICTMENT – 1

## COUNT 1

Between on or about May 1, 2023, and May 31, 2023, in the Eastern District of Washington, within the external boundaries of the Confederated Tribes of the Colville Reservation, in Indian Country, the Defendant, LANCE SCOTT MICHEL, an Indian, did knowingly engage and attempt to engage in a sexual act with MINOR 1, a person who had attained the age of 12 years but had not attained the age of 16 years and was at least four years younger than LANCE SCOTT MICHEL, all in violation of 18 U.S.C. §§ 2243(a), 1153.

## COUNT 2

Between on or about May 1, 2023, and on or about May 31, 2023, in the Eastern District of Washington, within the external boundaries of the Confederated Tribes of the Colville Reservation, in Indian Country, the Defendant, LANCE SCOTT MICHEL, an Indian, did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means a person, MINOR 1, knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe MINOR 1, that MINOR 1 had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of 18 U.S.C. §§ 1591(a)(1), (b)(2), 1153.

## COUNT 3

Between on or about May 1, 2023, and July 31, 2023, in the Eastern District of Washington, within the external boundaries of the Confederated Tribes of the Colville Reservation, in Indian Country, the Defendant, LANCE SCOTT MICHEL, an Indian, did knowingly engage in a sexual act with MINOR 2, a person who had attained the age of 12 years but had not attained the age of 16 years and was at least four years younger than LANCE SCOTT MICHEL, by

INDICTMENT – 2

using force against MINOR 2, all in violation of 18 U.S.C. §§ 2241(a)(1), (c), 1153.

COUNT 4

Between on or about May 1, 2023, and on or about July 31, 2023, in the Eastern District of Washington, within the external boundaries of the Confederated Tribes of the Colville Reservation, in Indian Country, the Defendant, LANCE SCOTT MICHEL, an Indian, did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means a person, MINOR 2, knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe MINOR 2, that MINOR 2 had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of 18 U.S.C. §§ 1591(a)(1), (b)(2), 1153.

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 2253, upon convicted of an offense in violation of 18 U.S.C. § 2243 or 2241 as set forth in Counts 1 and 3 of this Indictment, the Defendant, LANCE SCOTT MICHEL, shall forfeit to the United States any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property.

INDICTMENT – 3

If any such property, as a result of any act or omission of the Defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

      Pursuant to 18 U.S.C. § 1594, upon conviction of an offense in violation of 18 U.S.C. § 1591, as set forth in Counts 2 and 4 of this Indictment, the Defendant, LANCE SCOTT MICHEL, shall forfeit to the United States of America any property, real or personal, involved in, used, or intended to be used to commit or to facilitate the commission of the offenses, and any property traceable to such property; and any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offenses, and any property traceable to such property.

      If any of the property described above, as a result of any act or omission of the Defendant

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

INDICTMENT – 4

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

DATED this 21 day of February 2024.

A TRUE BILL



/s/ Vanessa Waldref
Vanessa R. Waldref
United States Attorney

/s/ Michael J. Ellis
Michael J. Ellis
Assistant United States Attorney

INDICTMENT – 5